**Electronically Filed**
**Supreme Court**
**SCWC-12-0000657**
**30-JUL-2015**
**02:20 PM**

SCWC-12-0000657

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————

WELLS FARGO BANK, N.A., AS TRUSTEE FOR STANWICH MORTGAGE LOAN
TRUST, SERIES 2010-3 ASSET-BACKED PASS-THROUGH CERTIFICATES,
Respondent/Plaintiff-Appellee,

vs.

LYLE PASION and JOANNA PASION,
Petitioners/Defendants-Appellants.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000657; CIV. NO. 11-1-2749)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2013); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioners/Defendants-Appellants' application for writ of certiorari, filed July 27, 2015, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2014) ("The application shall be filed within thirty days after the filing of the intermediate

court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, July 30, 2015.

R. Steven Geshell
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2